**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINH KHANH NGUYEN,<br><br>                           Petitioner,<br><br>v.<br><br>JEREMY CASEY, et al,<br><br>                         Respondents. | Case No.:  26-cv-4380-BJC-GC<br><br>**ORDER SETTING BRIEFING SCHEDULE ON PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 AND PROHIBITING TRANSFER OF PETITIONER** |

On July 31, 2026, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  ECF Nos. 1. The Court adopts the Standard Procedures setting a briefing schedule for this Petition from Chief Judge Order No. 144, which is available on the court's website.

**IT IS SO ORDERED**.

Dated:  August 5, 2026

_Bryan Cheeks_

Honorable Benjamin J. Cheeks
United States District Judge

1

26-cv-4380-BJC-GC